May 31, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

BRENDA YOUNG, Appellant

NO. 14-11-00376-CV                    V.

TISA MCKIM AND JACQUELINE MCKIM, Appellee

_____

This cause, an appeal from the judgment in favor of appellees, Tisa McKim and Jacqueline McKim, signed April 21, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Brenda Young, to pay all costs incurred in this appeal. We further order this decision certified below for observance.